# In the United States Court of Federal Claims

No. 01-27L
(Filed: April 27, 2018)

* * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC. d/b/a
THE BUNKER HILL MINING CO.,

        *Plaintiff*,

v.

THE UNITED STATES,

        *Defendant*.

* * * * * * * * * * * * * * * * * * * *

## ORDER

    Pursuant to the representations made in plaintiff's April 16, 2018 Response to Order to Show Cause, the parties are directed to file a joint status report on or before June 15, 2018, unless a stipulation of dismissal has been filed prior.

                                           Eric G. Bruggink
                                           ERIC G. BRUGGINK
                                           Senior Judge