# In the United States Court of Federal Claims

No. 01-27L
(Filed: July 3, 2018)

* * * * * * * * * * * * * * * * * * * *

PLACER MINING CO., INC. d/b/a
THE BUNKER HILL MINING CO.,

      *Plaintiff*,

v.

THE UNITED STATES,

      *Defendant*.

* * * * * * * * * * * * * * * * * * * *

ORDER

    Pursuant to the representations made in the June 15, 2018 joint status report, the parties are directed to file a joint status report on or before July 30, 2018, unless a stipulation of dismissal has been filed prior.

                                               <u>Eric G. Bruggink</u>
                                               ERIC G. BRUGGINK
                                               Senior Judge