IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PLACER MINING CO., INC., d/b/a<br>THE NEW BUNKER HILL MINING CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Case No. 01-27 L<br>(Before the Honorable Eric G.<br>Bruggink) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS on March 8, 2018, the United States and Placer Mining Company, Inc., completed execution of a Consent Decree in civil action number 2:04-cv-00126 (D. Idaho), brought by the United States pursuant to Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607, in which Placer Mining Co. Inc. agreed to dismiss this action with prejudice, among other things; and

WHEREAS on June 19, 2018, the District Court for the District of Idaho adopted and approved the consent decree;

Now therefore IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action and their respective counsel that all claims in this action are voluntarily dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Court of Federal Claims, with prejudice.

Respectfully submitted on behalf of the parties this 17th day of July, 2018,

JAMES MCMILLAN, ESQ., ATTORNEY AT LAW, P.L.L.C

By: */s/ James McMillan*
JAMES MCMILLAN
512 Cedar Street
Wallace, ID 83873
(208) 752-1800
Email: mcmillanlaw@frontier.com

*Attorney of Record for Plaintiff*

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

By: */s/ John S. Most*
JOHN S. MOST
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-616-3353 (voice)
202-305-0506 (fax)
John.Most@usdoj.gov

*Attorney of Record for the United States*